<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
UNITED STATES OF AMERICA,            )
                                     )  Civil Action
              Plaintiff              )  No. 12-cv-02913
                                     )
         vs.                         )
                                     )
UNKNOWN HEIRS OF SORIA L. DOUS;      )
MANERVA AWAD, Heir to the            )
   Estate of Soria L. Dous,          )
   Deceased;                         )
MAGDA DOUS, Heir to the              )
   Estate of Soria L. Dous,          )
   Deceased;                         )
SAMIR DOUS, Heir to the              )
   Estate of Soria L. Dous,          )
   Deceased;                         )
SAMIA ROUPHAIL, Heir to the          )
   Estate of Soria L. Dous,          )
   Deceased;                         )
                                     )
              Defendants             )
```

<u>O R D E R</u>

NOW, this 17th day of October, 2016, upon consideration of the Application for Distribution of Proceeds filed on behalf of plaintiff on June 4, 2013; upon consideration of the U.S. Marshals Sale of Real Property filed January 24, 2013; it appearing that the property described in the Order of the undersigned dated and filed September 17, 2012 was sold by public auction on January 10, 2013; it further appearing that the property was sold to Glenn Martin for a bid of $101,000; it further appearing that no objections to the sale have been made within the 30-day period to do so; it further appearing that by my Order dated March 26, 2013 and filed March 27, 2013 I confirmed the sale of the property; it further appearing that

this matter is now ripe for distribution of the proceeds of the sale; it further appearing that all parties have been served with this motion,

> IT IS ORDERED that plaintiff's application is granted.

> IT IS FURTHER ORDERED that the Schedule of Distribution attached as Exhibit A to plaintiff's within application is approved.

> IT IS FURTHER ORDERED that the Clerk of Court shall enter the Schedule of Distribution on the docket of this matter and forward a copy of the within Order and the Schedule of Distribution to the United States Marshal for the Eastern District of Pennsylvania.

> IT IS FURTHER ORDERED that the United States Marshal shall distribute the proceeds of the sale of the property in accordance with the Schedule of Distribution.

> IT IS FURTHER ORDERED that jurisdiction is retained for such Orders as may be necessary.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge