UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　　　Plaintiff<br>　vs.<br><br>MANERVA AWAD, heir to the estate of Soria L. Dous, deceased<br>MAGDA DOUS, heir to the estate of Soria L. Dous, deceased<br>SAMIR DOUS, heir to the estate of Soria L. Dous, deceased<br>SAMIA ROUPHAIL, heir to the estate of Soria L. Dous, deceased<br>　　　　　　　　　　　Defendants | CIVIL NO. 12-02913 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Glenn Martin……..………………………………….. $101,000.00

Amount of cash received ............................................................. $101,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

　Mileage and Fees. ................................................................... $120.47


DEPARTMENT OF JUSTICE COSTS:
　(To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

　Advertising Cost ...................................................................... $3,997.20

TOTAL COSTS TO U.S. GOVERNMENT ................................ $4,117.67

Proceeds of sale, less costs, to Farmer's Home Admin ................ $96,882.33
　(to be forwarded to US Attorney's office)

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 27615
　　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　(215) 825-6309